

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00505-CR

**IN RE Robert MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On August 8, 2016, Relator filed a petition for writ of mandamus. This court has determined that we do not have jurisdiction over this petition. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on August 10, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 307125, styled *State v. Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable John Longoria presiding.